Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

*Attorney for Plaintiffs*

WILLIE NGUYEN, Deputy County Counsel (S.B. #215259)
LAUREN SHEPARD, Impact Fellow (S.B. #339148)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
willie.nguyen@cco.sccgov.org
lauren.shepard@eco.secgov.org

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON HARTMAN, KATIE LIGHTFOOT, MD,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY; PAUL E. LORENZ, Executive Director of Santa Clara Valley Medical Center, in his official capacity only; DR. DAVID JACOBSON, Director of Medicine Residency at Santa Clara Valley Medical Center, in his official capacity only; JEFFREY V. SMITH, County Executive for Santa Clara County, in his official capacity only; DOES 1-100,<br><br>　　　Defendants. | Case No.:  3:22-cv-01591-AMO<br><br>**JOINT STIPULATED REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND DISCOVERY AND OTHER CASE DEADLINES; [PROPOSED] MODIFIED ORDER** |

---

JOINT STIPULATED REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

-1-

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Shannon Hartman and Katie Lightfoot, M.D., and Defendants County of Santa Clara, Paul Lorenz, Dr. David Jacobson, and Jeffrey V. Smith (collectively, "Parties") stipulate to the filing of Plaintiffs' First Amended Complaint.[1] Additionally, because Defendants would be obligated to respond to a newly filed amended complaint, including the possibility of a motion under Federal Rule of Civil Procedure 12, the Parties further stipulate under Civil Local Rule 6-2 to the following extension of discovery and other case deadlines in the above-captioned matter in order to accommodate the Court's schedule, to provide time for the filing and consideration of motions to strike and/or to dismiss, to provide for additional discovery related to new allegations and claims set forth in the First Amended Complaint, and to allow for the filing of dispositive motions once any motions to dismiss and/or to strike are resolved and once discovery is complete.

WHEREAS the Court is unavailable for hearings in April and Plaintiffs' counsel is unavailable until after May 20, 2023;

WHEREAS Defendants' counsel has requested extra time (60 days) to respond to the amended complaint and has made that a condition to stipulating to the filing of an amended complaint;

WHEREAS Plaintiffs' counsel has agreed to grant additional time to respond to an amended complaint;

WHEREAS Defendants anticipate filing a motion to dismiss, to strike, and/or other motion to challenge the allegations and causes of action set forth in the amended complaint;

WHEREAS Plaintiffs anticipate filing a motion for summary judgment:

WHEREAS both Parties anticipate the need for additional discovery related to the new allegations and claims set forth in the amended complaint;

WHEREAS both Parties expect to file dispositive motions in this matter;

---

[1] While Defendants stipulate to the filing of Plaintiffs' First Amended Complaint, Defendants reserve their rights to challenge the allegations and claims set forth in the amended complaint.

1  WHEREAS the Parties' dispositive motions may depend on the outcome of Defendants' anticipated motion to dismiss and/or strike;

WHEREAS the parties are working together to find days and times to notice depositions, but are encountering difficulties in noticing all depositions before the fact discovery cutoff, and as a result of the availability of counsel, the parties, and witnesses;

WHEREAS the parties have agreed to extend all case deadlines by approximately 175 days, as the parties agree that extending the deadlines will enable the parties to concentrate more fully on settlement discussions;

WHEREAS the parties have agreed to extend all case deadlines, as outlined below:

| Pretrial Schedule (from 7/13/2022 Court Order) | | |
|---|---|---|
| **Event** | **Current Deadline (from 7/13/2022 Order)** | **Proposed Amended Deadline** |
| Case Management Conf. | Monday, September 11, 2023 at 2:00 p.m. | Thursday, March 7, 2024 at 2:00 pm. |
| Last Day to Join Parties or Amend Pleadings | None; Motions under FRCP Rule 16(b)(4) | None; Motions under FRCP Rule 16(b)(4) |
| Non-Expert Discovery Cut-Off | July 28, 2023 | January 19, 2024 |
| Disclosure of Expert Reports: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(A)(2)(B) | Opening: August 11, 2023 Rebuttal: September 8, 2023 | Opening: February 2, 2024 Rebuttal: March 1, 2024 |
| Expert Discovery Cut-Off | September 27, 2023 | March 20, 2024 |
| Dispositive Motions/Daubert Motions | October 20, 2023 | April 12, 2024 |
| Joint Pretrial Conference Statement | | |
| Pretrial Conference | | |
| Trial Date | | |

WHEREAS the parties believe that extending the above deadlines would help facilitate litigation in an effort to avoid trial in this matter, whether by settlement or dispositive motions,

WHEREAS Plaintiff's motion to amend contains several new claims requiring additional time for Defendants to respond and for the Parties to conduct discovery,

WHEREAS the Parties expect the agreed-upon extension to affect the overall schedule for the case, as outlined above.

Accordingly, for good cause shown, the Parties stipulate and respectfully request the Court enter an order granting Plaintiffs leave to file their First Amended Complaint and extending the deadlines as set forth above and in the proposed order submitted herewith.

IT IS SO STIPULATED.

DATED: April 24, 2023         /s/ Russell Davis
                              Russell Davis

                              *Attorney for Plaintiffs*

DATED: April 28, 2023         /s/ Willie Nguyen
                              Willie Nguyen

                              *Attorney for Defendants*

## CERTIFICATION

I, Russell Davis, am the CM/ECF user whose ID and password are being used to file the above Joint Stipulation to Extend Discovery and Other Case Deadlines. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

                              /s/    Russell Davis

## [~~PROPOSED~~] ORDER AS MODIFIED

The Court, having reviewed the Parties' Joint Stipulation, and good cause appearing therefor, HEREBY GRANTS the request for leave to file the First Amended Complaint and to extend the deadlines in this matter as specified in the Parties' Joint Stipulation as modified by the Court. Trial will be set after resolution of summary judgment.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 28, 2023

_____
Honorable Araceli Martínez-Olguín
U.S. District Judge