UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON HARTMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANTA CLARA COUNTY, et al., <br><br> Defendants. | Case No. 3:22-cv-01591-AMO  (KAW) <br><br> **ORDER TERMINATING MOTION TO QUASH SUBPOENAS** <br><br> Re: Dkt. No. 101 |

On December 19, 2022, this case was referred to the undersigned for discovery purposes. The undersigned does not, however, entertain discovery motions unless filed by third parties, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.)

Accordingly, the motion to quash (Dkt. No. 101) is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: November 7, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge