Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SHANNON HARTMAN, KATIE LIGHTFOOT, MD,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY; DOES 1-100,<br><br>Defendant. | No. 22CV01591 AMO<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>Ctrm:   10, 19th Floor<br>Judge:  The Honorable Araceli Martínez-Olguín |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED, by and between Plaintiffs Shannon Hartman and Katie Lightfoot, M.D., and Defendant County of Santa Clara, through their respective undersigned counsel, that the entire action be dismissed with prejudice, with the understanding that this dismissal shall not preclude Plaintiffs' ability to proceed as class members in *UnifySCC, et al. v. County of Santa Clara, et al.*, Case No. 22-cv-01019-BLF (N.D. Cal.).

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorneys' fees.

Dated: June 4, 2024             Respectfully submitted,

                                PACIFIC JUSTICE INSTITUTE

                        By:     */s/ Russell Davis*
                                RUSSELL DAVIS

                                Attorney for Plaintiffs
                                SHANNON HARTMAN AND
                                KATIE LIGHTFOOT

Dated: June 3, 2024             Respectfully submitted,

                                TONY LOPRESTI
                                County Counsel

                        By:     */s/ Willie N. Nguyen*
                                WILLIE N. NGUYEN
                                Deputy County Counsel

                                Attorneys for Defendant
                                COUNTY OF SANTA CLARA

**ATTESTATION**

I, Russell Davis, am the CM/ECF user whose ID and password are being used to file the above Stipulation for Dismissal and Order Thereon. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: June 4, 2024         By:   */s/ Russell Davis*
                                  RUSSELL DAVIS

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The entire action is dismissed with prejudice, with the understanding this dismissal shall not preclude Plaintiffs' ability to proceed as class members in *UnifySCC, et al. v. County of Santa Clara, et al.*, No. 22-cv-01019-BLF (N.D. Cal.).

2. Each party shall bear its own costs and attorneys' fees.

Dated: June 4, 2024

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge